JOHN WARREN, APPELLANT, *v.* STEPHEN MEKEEL, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee.

The action was brought for an adjustment of the accounts between the parties. The court, after a review of the evidence, discovered no finding, so unsupported by evidence as to afford a ground for reversal of the judgment.

*Silas J. Owen,* for the appellant.

*Samuel J. Owen,* for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and DONOHUE, JJ.

Judgment affirmed, with costs.